**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

SUSAN SWETZ, individually on
behalf of herself and all others similarly
situated,

          Plaintiffs,

     -against-

GSK Consumer Health, Inc.,

         Defendant.

:     **CASE NO.** 7:20-cv-04731-NSR

: 

: 

: 

: 

:     **NOTICE OF MOTION AND MOTION**
:     **FOR FINAL APPROVAL OF CLASS**
:     **ACTION SETTLEMENT**

: 

: 

: 

: 

X

----------------------------------------------------------

PLEASE TAKE NOTICE that on November 18, 2021 at 10:00 a.m., in the

Courtroom of the Honorable Nelson S. Román, United States District Court, Southern District of

New York,, Plaintiff will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and

upon the accompanying Memorandum of Law and the Declarations of Jason P. Sultzer, Esq.,

Katherine A. Bruce, Esq., Melissa S. Weiner, Esq., Christopher D. Moon, Esq., Charles E.

Schaffer, Esq., Gary E. Mason, Esq., and Douglas J. McNamara, Esq. for an Order: 1) granting

final approval to this proposed class action settlement; 2) certifying the proposed class for

settlement purposes.

1

Dated: August 3, 2021.                      Respectfully submitted,

                                            **THE SULTZER LAW GROUP, P.C.**

                                            By: _/s/ Jason P. Sultzer_____
                                                Jason P. Sultzer, Esq.
                                                Joseph Lipari, Esq.
                                                85 Civic Center Plaza, Suite 200
                                                Poughkeepsie, NY 12601
                                                Phone: (845) 483-7100
                                                Fax: (888) 749-7747
                                                sultzerj@thesultzerlawgroup.com
                                                liparij@thesultzerlawgroup.com

                                                Melissa S. Weiner
                                                **PEARSON, SIMON & WARSHAW, LLP**
                                                800 LaSalle Avenue, Suite 2150
                                                Minneapolis, Minnesota 55402
                                                Telephone: (612) 389-0600
                                                Facsimile: (612) 389-0610
                                                mweiner@pswlaw.com

                                                Douglas J. McNamara
                                                **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                                1100 New York Ave., NW, Fifth Floor
                                                Washington, DC 20005
                                                Telephone: (202) 408-4600
                                                Facsimile: (202) 408-4699
                                                dmcnamara@cohenmilstein.com

                                                Gary E. Mason
                                                **MASON LIETZ & KLINGER LLP**
                                                5101 Wisconsin Ave. NW, Ste 305
                                                Washington, DC 20016
                                                Telephone: (202) 640-1160
                                                Facsimile: (202) 429-2294
                                                gmason@masonllp.com

                                                Charles E. Schaffer
                                                **LEVIN SEDRAN & BERMAN**
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                Telephone: (215) 592-1500
                                                Facsimile: (215) 592-4663
                                                cschaffer@lfsblaw.com

2

Ryan J. Clarkson
Katherine Bruce
**CLARKSON LAW FIRM, P.C.**
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
rclarkson@clarksonlawfirm.com
kbruce@clarksonlawfirm.com


Christopher D. Moon
**MOON LAW APC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-915-9432
Facsimile: 650-618-0478
chris@moonlawapc.com


*Attorneys for Plaintiffs and the Settlement Class*