UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
SUSAN SWETZ, individually on behalf of herself and all others similarly situated,

    Plaintiffs,

 -against-

GSK Consumer Health, Inc.,

    Defendant.

---------------------------------------------------------- X

CASE NO. 7:20-cv-04731-NSR

**DECLARATION OF GARY E. MASON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARDS**

I, GARY E. MASON, hereby declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at the firm of Mason Lietz & Klinger, LLP ("MLK"), one of the law firms representing Plaintiffs in this Litigation[1].

2. MLK was appointed one of the Class Counsel in the above-captioned litigation. I submit this declaration in support of: (i) Plaintiffs' Motion for Final Approval of Settlement; and (ii) Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Service Awards. A copy of my personal resume, as well as the MLK firm resume is attached hereto as Exhibit A. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

---

[1] Unless otherwise indicated, capitalized terms shall have the same meaning as they do in the Settlement Agreement. References to "§" are to sections of the Settlement Agreement, ECF No. 46-1, and all Settlement Agreement exhibits are referred to as "Ex #."

3. MLK has prosecuted this Litigation solely on a contingent-fee basis and has been at risk that it would not receive any compensation for prosecuting claims against Defendant GSK Consumer Health, Inc. ("GSK").

## I. INVESTIGATION AND MANAGEMENT OF THIS ACTION

1. MLK began its investigation into GSK's false advertising in September 2020. MLK reviewed publicly available documents, conducted research on claims, communicated with potential and retained class representatives, and conferred with other counsel in advance of filing a complaint in New Jersey on November 23, 2020 styled: *Griffin v GlaxoSmithKline Consumer Health Inc*, No. 3:20-cv-16941 (D.N.J.). MLK voluntarily dismissed *Griffin* and entered an appearance in the Litigation on behalf of the plaintiff and the putative class.

2. The attorneys from MLK, in addition to myself, who have worked on this Litigation are David Lietz, Gary Klinger and David Beiss.

3. Since its inception, MLK has actively participated in all aspects of the case, including, but not limited to: (1) case investigation; (2) drafting of the complaint; (3) settlement discovery; (4) legal research; (5) drafting of motions and briefs: (6) participating in case strategy decisions; (7) participating in mediation and settlement negotiations. These tasks required extensive legal research and attention to detail.

4. Additionally, MLK participated in regular calls with Class Counsel. During these weekly calls, various aspects of this Litigation were discussed.

## II. MLK'S LODESTAR AND LITIGATION EXPENSES

5. This declaration generally summarizes the work performed by MLK for Plaintiffs and the Settlement Class Members in this litigation. As demonstrated below, MLK has worked diligently to perform tasks throughout the entire course of this litigation, including initial case investigation, filing a Complaint, and settlement discussions.

958901.2                                2

6. Before initiating any action, Class Counsel conducted a thorough investigation of the claims, both legal and factual. Specifically, MLK thoroughly investigated and researched the claims, which allowed Plaintiffs' Counsel to better evaluate the factual claims regarding GSK's representations on the Covered Products.

7. Not including the time expended in preparing the application for fees and expenses, the table below details the hours billed and the amount billed at current rates through August 1, 2021 for MLK's attorneys and paralegals:[2]

| Attorney       | Total Hours | Hourly Rate | Amount     |
|----------------|-------------|-------------|------------|
| Gary E. Mason  | 16.6        | $875        | $14,525    |
| Gary M. Klinger| 8.0         | $700        | $5,600     |
| David Beiss    | 24.70       | $350        | $8,645     |
| **Paralegal**  | **Total Hours** | **Hourly Rate** | **Amount** |
| Gio Colon      | 6           | $170        | $1,020.00  |
| Taylor Heath   | 6.4         | $170        | $1,088     |
| **Total:**     |             |             | **$30,878**|

This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by MLK.

8. The attorneys of MLK billed this case at their usual and customary hourly billing rates, which have been approved by courts presiding over similar complex class action lawsuits, and which are commensurate with the prevailing market rates attorneys of comparable experience and skill handling complex litigation.

9. The hourly rates for the partners above are the same as the rates submitted in other contingent class action litigation and to our hourly clients. *See, e.g., In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litigation,* MDL No. 2887 (D. Kan. 2021) (approving current

---

[2] If the Court wishes, MLK can provide more detailed time entries describing the work of these attorneys and paralegals, as well as MLK's expenses.

rates); *Newman v. Metropolitan Life Ins. Co.*, No. 1:20-2016-cv-03530 (N.D. Illinois, Jan. 16, 2020) (approving Mr. Mason's rate of $875 per hour); *In re Adobe Systems Inc. Privacy Litig.*, No. 5:13-cv-05226 (N.D. Cal. 2015) (approving Mr. Mason's then-rate of $775 per hour).

10.   During the course of this Litigation, MLK incurred $600 in unreimbursed expenses. These expenses were reasonably and necessarily incurred in connection with the prosecution of this litigation. These expenses are reflected in the books and records of PSW and are a true and accurate summary of the expenses for this case. The chart below details the expenses incurred by category:

| CATEGORY | EXPENSE AMOUNT |
|---|---:|
| Telephone, Conference Calls and Facsimile | |
| Court Costs, Filing Fees and Transcripts | $600 |
| Delivery/Courier | |
| Carfare, Travel and Meals | |
| Legal Research | |
| Service of Process | |
| **TOTAL** | $600 |

I hereby declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge.

Dated:  August 3, 2021

                                          /s/ *Gary E. Mason*
                                         Gary E. Mason