UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN SWETZ, individually on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GSK Consumer Health, Inc., <br><br> Defendant. | Case No.: 7:20-cv-04731-NSR |

**FINAL JUDGMENT**

IT IS on this  22  day of    November   , 2021, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 AS FOLLOWS:

On   November  ,  22 , 2021, the Court entered the following Orders:

(1) Order Granting Final Approval of Class Action Settlement and Certifying Settlement Class.

(2) Order Regarding Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

For the reasons stated in the above-referenced Orders, judgment is entered accordingly. This Litigation is hereby dismissed with prejudice.

The Clerk shall file this Final Judgment on the docket in this Litigation.

IT IS SO ORDERED.

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021